Feb. Term, 1805.

*McKay* v. *The Marine Insurance Company.*

THE defendants at the *New-York* circuit, moved to put off the trial, for want of the testimony of a material witness, who was a transient person, and had once been within their power. The court refusing to do this, a verdict went against them, in consequence of which, and the absence of their principal counsel, the defendants moved to set it aside.

*Per Curiam.* The decision at the circuit was right. Whenever a party has had an opportunity to examine a transient witness, and has suffered it to pass by, the want of his testimony is no objection to going to trial. In *Post* v. *Wright and Buchan,* the absence of counsel was urged as an excuse, but the court refused to admit it, and we think all excuses of that sort ought to be discountenanced.

* *Ante,* p 183.

*John Felter* v. *William Mulliner.*

ON *certiorari.* The court ruled that if there has been a former trial, for the same cause of action, and a justice refuse evidence of it, he will be ordered to amend his return, by setting forth the testimony offered.